# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. SA-21-MJ-182 |
| ALONSO RIVERA, JR. | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of February 11, 2021 in the county of Bexar in the Western District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) and (b)(1)(A) | Possession with intent to distribute a controlled substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine |
| | PENALTIES: 10 years to LIFE imprisonment; $10,000,000 fine, Minimum mandatory 5 years supervised release, $100 mandatory special assessment. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

DAVID SHEARER  *Digitally signed by DAVID SHEARER*
*Date: 2021.02.12 10:11:43 -06'00'*

*Complainant's signature*

David M. Shearer, DEA Task Force Officer
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: February 12, 2021

*Judge's signature*

City and state: San Antonio, Texas        Richard B. Farrer, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| v. ) | SA-21-MJ-182 |
| **ALONSO RIVERA, JR.** ) | |

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

1. Before me, the undersigned authority, appeared David M. Shearer, Affiant, who, after being placed under oath, deposed and stated the following:

2. I am an Investigator with the Terrell Hills Police Department, assigned to the U.S. Drug Enforcement Administration (DEA) as a Task Force Officer (TFO) and has been so employed since December 19, 2018. My responsibilities include the investigation of criminal violations of Title 21, United States Code, and other related offenses.

3. I make this affidavit in support of a Criminal Complaint charging ALONSO RIVERA, JR. with Possession With Intent to Distribute a Controlled Substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), in San Antonio, Texas, in the Western District of Texas, on or about February 11, 2021.

4. This affidavit is based upon my familiarity and investigation of this matter, as well as conversations I have had with other members of law enforcement also involved in this investigation and from other sources of information specifically discussed herein. This affidavit does not include every fact and matter observed by me or known to the government relating to this investigation.

5.  On February 11, 2021, at approximately 7:13 pm, on Culebra Rd near Loop 1604, Texas DPS Troopers in full uniform and driving marked patrol vehicles observed a black 2009 Chevrolet Silverado pick-up truck commit traffic violations (Use of Vision Reducing Matter on Windows – Glass Coating Material/Tint – TXTRC 547.613(A)(1) 16%; and Obscured License Plate # - TXTRC 504.945)). The F-150's driver (identified as ALONSO RIVERA, JR.) stopped in a Sonic Drive-in parking lot (10885 FM471 West, San Antonio, TX 78253). RIVERA consented to a search of the vehicle. In the truck bed, Troopers discovered two long metal cylinders. When asked what was in the cylinders, RIVERA replied – a whole lotta drugs. After being advised of his Miranda warnings, RIVERA admitted that the cylinders contained methamphetamine.

6.  Troopers arrested RIVERA for the methamphetamine, issued him a warning for the traffic violations, and transported him to the San Antonio DEA Office. TX DPS SA George Correa and DEA TFO Jaime Diaz transported the cylinders to the San Antonio DEA Office.

7.  After confirming that RIVERA had been warned of his Miranda warnings, RIVERA admitted that he had picked up the cylinders in Laredo, knew that they contained drugs (but not what type or exactly how much), that he was to be paid $5,000.00 to deliver them to "Gringo" in San Antonio, and that he had made trips like this previously to Houston.

8.  The suspected methamphetamine field tested positive for methamphetamine and weighed approximately 13.5 kilograms.

## CONCLUSION

9.  Based on the information contained in this affidavit, I submit that there is probable cause to believe that on or about February 11, 2021, in San Antonio, Texas, within the Western District of Texas, ALONSO RIVERA, JR., unlawfully, knowingly and intentionally

possessed with intent to distribute a controlled substance, to wit, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a schedule II controlled substance, in violation of 21 USC Sections 841(a)(1) and (b)(1)(A).

DAVID SHEARER
Digitally signed by DAVID SHEARER
Date: 2021.02.12 10:13:29 -06'00'

David M. Shearer
DEA Task Force Officer

SUBSCRIBED AND SWORN TO BEFORE ME THIS 12TH DAY OF FEBRUARY, 2021.

_____
RICHARD B. FARRER
U.S. MAGISTRATE JUDGE
WESTERN DISTRICT OF TEXAS